■ In the Matter of Audrianna W. and Others. Erie County Department of Social Services, Respondent; Martin L., Appellant, et al., Respondent. [910 NYS2d 734]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.),

entered August 17, 2009 in a proceeding pursuant to Family Court Act article 10. The order determined that respondent Martin L. had neglected the children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Smith, J.P., Peradotto, Carni, Sconiers and Gorski, JJ.